# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Billy Joe Schleiger <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:18-CV-16 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Judgment in favor of Plaintiff and against Defendant; Remanding case to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for payment of benefits with the onset to be calculated from August 5, 2014; Judgment in favor of Defendant and against Plaintiff, Affirming the decision that Plntf was not disabled for the period of June 1, 2012 through August 4, 2014 .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 9/30/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk